# EXHIBIT 3

**EXHIBIT B**

**DISPUTE RESOLUTION AGREEMENT**

The undersigned employee ("Employee") and Ouraring Inc. ("Company") voluntarily and knowingly enter into this Dispute Resolution Agreement ("Agreement"). The Employee and Company recognize that differences may arise between them that cannot be resolved without the assistance of an outside party. Except as provided below, both the Employee and the Company agree to resolve any and all claims, disputes or controversies that either the Employee may have against the Company or that the Company have against the Employee arising out of, relating to, or having any connection to the Employee's application for employment, the Employee's employment with the Company, and/or the cessation of the Employee's employment exclusively through binding arbitration before a single arbitrator to be administered by a neutral dispute resolution agency agreed upon by the parties at the time of the dispute. If the Employee and the Company cannot agree, the American Arbitration Association ("AAA") will administer the arbitration pursuant to the AAA's Employment Arbitration Rules ("AAA Rules"). Copies of AAA's Rules are available on AAA's website (www.adr.org) or upon request to Company management. If there is any conflict between the Rules and the terms of this Agreement, the language in this Agreement will control.

Some, but not all, of the types of claims covered are: unpaid wages, overtime, or other compensation; discrimination or harassment on the basis of race, sex, age, national origin, religion, disability or any other protected category; breach of contract; unlawful retaliation; wrongful discharge; employment-related tort claims such as defamation; and claims arising under any state and federal statutes or regulations applicable to employees or applicable to the employment relationship and the cessation of the employment relationship, such as the Age Discrimination in Employment Act, the Family and Medical Leave Act, or the Fair Labor Standards Act. Claims not covered by this Agreement are: (a) claims for workers' compensation benefits, for unemployment benefits, or for other benefits under a benefit plan or program that provides its own process for dispute resolution; (b) claims for which arbitration is prohibited by applicable statute or regulation or for which this Agreement would be invalid as a matter of law; (c) actions to enforce this Agreement, compel arbitration, or enforce or vacate an arbitrator's award under this Agreement; (d) an action by either party seeking a provisional remedy in any court of competent jurisdiction; and (e) claims brought under The Labor Code Private Attorneys General Act of 2004 (Cal. Lab. Code §§ 2698, *et seq.*). With the sole exception of administrative claims brought before the California Division of Labor Standards Enforcement, this Agreement does not affect or limit the Employee's right to file an administrative charge with a state or federal agency such as the National Labor Relations Board or the Equal Employment Opportunity Commission. The Employee and the Company agree that the parties and this Agreement are subject to the Federal Arbitration Act ("FAA") and that this Agreement shall be enforceable pursuant to and interpreted in accordance with the provisions of the FAA.

The Arbitrator shall resolve the dispute based solely upon the law that would govern the claims and defenses pleaded if they were adjudicated in a court of competent jurisdiction, and shall have the authority to award the same damages and other relief that would have been

available either to the Employee as an individual claimant or to the Company in that court.  All claims must be brought in a party's individual capacity, and not as a plaintiff or class member in any purported class, collective or representative proceeding.  The Arbitrator shall not have the authority to consolidate the claims of other employees into a single proceeding, to fashion a proceeding as a class, collective action, or representative action, or to award relief to a class or group of employees.

The Arbitrator shall have the authority to consider and rule on dispositive motions such as motions to dismiss or motions for summary judgment in accordance with the standards and burdens generally applicable to such motions in federal district court, except that the Arbitrator may establish appropriate and less formal standards and procedures for such motions at the Arbitrator's discretion consistent with the expedited nature of arbitration proceedings.  The Arbitrator may issue subpoenas to compel the attendance of witnesses at the arbitration hearing and to compel the production of documents during discovery and shall do so upon reasonable request of either party.

For the purposes of the scope of the obligation to arbitrate, "Company" shall include any and all parent and subsidiary and related and affiliated companies, trade names, and alleged joint employers, alleged agents, as well as their respective offices, directors, managers, and employees (current and former).

If either party pursues a civil action in court involving claims which are not arbitrable and also pursues claims that are properly subject to arbitration, the Employee and the Company agree that the court shall stay litigation of the nonarbitrable claims and require that arbitration proceed with respect to those claims subject to arbitration.  After the conclusion of the arbitration proceeding, if necessary, the nonarbitrable claims may thereafter be tried by a court of competent jurisdiction and not by an arbitrator.  It is agreed that the Arbitrator's award and any related decisions on the arbitrable claims, including any determination of disputed factual or legal issues, shall be entitled to full force and effect in any later court proceeding regarding the nonarbitrable claims.

All disputes concerning the existence, scope, formation, enforceability, revocability or validity of this Agreement or any portion of this Agreement, shall be resolved by the arbitrator.  If any provisions of AAA's Rules or of this Agreement are determined to be unlawful, invalid, or unenforceable, such provisions shall be severed and the remainder of the Agreement construed to incorporate any provisions necessary to render it enforceable; provided, however, that a court's severance or modification of the prohibition on class, collective, representative, or group actions shall not operate to require the arbitration of any such claims or actions and that it is agreed and stipulated that any such claims shall be heard and resolved only in court and not in arbitration.

By acknowledging and signing below, the Employee agrees to be bound by this Dispute Resolution Agreement, as does the Company.  The Employee understands that he or she must arbitrate any and all disputes or claims against the Company that are covered by this Agreement; the Company must arbitrate any disputes or claims against the Employee that are covered by this Agreement, that both the Employee and the Company are waiving their respective rights to a

trial by a jury, and that neither the Employee nor the Company may file a lawsuit in court in regard to any claims or disputes covered by this Agreement.

_____

Name of Employee (Printed)

_____

Signature of Employee

_____

Date

37517541.2