UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARPREET SINGH RAI,

Plaintiff,

v.

OURARING INC., et al.,

Defendants.

Case No.  25-cv-09654-AMO

**ORDER RE SUBSTITUTION OF COUNSEL AND MOTION TO DISQUALIFY**

Re: Dkt. Nos. 28, 29, 35, 58

Before the Court is a motion to substitute counsel for Defendants Ouraring, Inc., and Oura Health Oy.  Dkt. No. 58.  The motion proposes the substitution of counsel from the law firm Sidley Austin LLP in place of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel").  *Id.* The Court **GRANTS** the substitution of attorneys and firm representing Defendants.

Also before the Court is Plaintiff Harpreet Singh Rai's motion to disqualify Quinn Emanuel from its representation of Defendants in this case.  Dkt. No. 29.  Because Quinn Emanuel has been released from its representation of Defendants, the Court **DENIES** the motion to disqualify as moot.  Though Plaintiff additionally seeks to recover attorney's fees related to bringing the motion to disqualify, Dkt. No. 29 at 28-29, the Court declines to consider an award of attorney's fees at this stage, prior to the end of the case.

Both parties filed administrative motions to file under seal portions of their briefs regarding disqualification and confidential records in support of their briefs.  *See* Dkt. Nos. 29, 35. Because the Court did not rely on those private records in reaching the conclusions above, the Court finds that the materials need not be made public.  *See Ctr. for Auto Safety v. Chrysler Grp.,*

//

//

*LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).  The Court therefore **GRANTS** the administrative motions to seal.

     **IT IS SO ORDERED.**

Dated: June 9, 2026

                                      **ARACELI MARTÍNEZ-OLGUÍN**
                                      **United States District Judge**

United States District Court
Northern District of California