Benjamin Galdston, Esq. (SBN 211114)
OMNUM LAW APC
4350 Executive Drive, Suite 350
San Diego, CA 92121
Tel.: 858.539.9767
E-Mail: bgaldston@omnumlaw.com

Paolo Meireles*
Tamra Givens*
SHAVITZ LAW GROUP, P.A.
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Tel.: 561.982.7935
pmeireles@shavitlaw.com
tgivens@shavitzlaw.com
**Admitted Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Class and FLSA Collective*

[additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| BARBARA GREIST, SUSAN SCHELL, and MELANIE GREEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDUS, LLC and CROSSCOUNTRY MORTGAGE, LLC,<br><br>Defendants. | **Case No. 24-cv-02411-AMO**<br><br>**JOINT REQUEST FOR REASSIGNMENT TO MAGISTRATE JUDGE ALEX G. TSE FOR ALL PURPOSES PURSUANT TO 28 U.S.C. § 636(c) AND CIVIL L.R. 73-1(b); ~~[PROPOSED]~~ ORDER**<br><br>CLASS ACTION<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Date Complaint Filed: April 23, 2024 |

Plaintiffs Barbara Greist, Susan Schell, and Melanie Green ("Plaintiffs"), and Defendants LendUS, LLC ("LendUS") and CrossCountry Mortgage, LLC ("CrossCountry") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly request that this action be reassigned to United States Magistrate Judge Alex G. Tse for all purposes, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Civil Local Rule 73-1(b). In support of this request, the Parties state as follows:

1. This action was commenced on April 23, 2024, and is presently assigned to the Honorable Araceli Martínez-Olguín, United States District Judge.

2. Civil Local Rule 73-1(b) provides that, in cases assigned to a District Judge, "the parties may consent at any time to the Court reassigning the case to a Magistrate Judge for all purposes, including entry of final judgment, pursuant to 28 U.S.C. § 636(c)." Under 28 U.S.C. § 636(c)(1), upon the consent of the parties, a full-time United States Magistrate Judge may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case when specially designated to exercise such jurisdiction by the district court.

3. The Parties have resolved the Fair Labor Standards Act collective claims at issue in this action and, on August 4, 2026, filed their Joint Motion for Order Approving Settlement of FLSA Collective Action (ECF No. 137) (the "Settlement Approval Motion"), which is presently scheduled for hearing on January 14, 2027, at 2:00 p.m.

4. To obtain a sooner hearing date, each of the Parties, through its undersigned counsel of record, voluntarily consents to have United States Magistrate Judge Alex G. Tse conduct any and all further proceedings in this action, including the hearing and determination of the Settlement Approval Motion and the entry of final judgment. The Parties understand that any appeal from a judgment entered by the Magistrate Judge shall be taken directly to the United States Court of Appeals for the Ninth Circuit

in the same manner as an appeal from any other judgment of this Court. 28 U.S.C. § 636(c)(3); Fed. R. Civ. P. 73(c).

5. The Parties' consent is expressly limited to reassignment to Magistrate Judge Tse. If the Court is unable to reassign this action to Magistrate Judge Tse and to hear the Parties' pending Settlement Approval Motion sooner than January 14, 2027, the Parties request that the action remain assigned to Judge Martínez-Olguín, and this request shall not constitute consent to the jurisdiction of any other Magistrate Judge.

6. The Parties further request that, upon reassignment, the January 14, 2027 hearing on the Settlement Approval Motion be vacated, and that the Settlement Approval Motion be re-set for hearing or decided on the papers at Magistrate Judge Tse's next earliest availability.

DATED: September 24, 2026 Respectfully submitted:

OMNUM LAW APC

By: ***/s/ Benjamin Galdston***
Benjamin Galdston, Esq.
4350 Executive Drive, Suite 350
San Diego, CA 92121
Tel: 858-539-9767
Email: bgaldston@omnumlaw.com

—and—

Paolo Meireles (*admitted pro hac vice*)
Tamra Carsten Givens (*admitted pro hac vice*)
SHAVITZ LAW GROUP P.A.
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Tel: 800-616-4000
Email: pmeireles@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiffs and all others similarly situated*

PHELPS DUNBAR LLP

By: ***/s/ Jason A. Pill***
Jason A. Pill (*pro hac vice* admitted)
100 South Ashley Drive, Suite 2000
Tampa, FL 33602
Telephone: (813) 222-7664
Email: jason.pill@phelps.com

—and—

Michael B. Sachs, Esq.
CLARK HILL LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 984-8500
Email: MSachs@ClarkHill.com

*Attorneys for Defendant Lendus, LLC*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ***/s/ Anastasiya Menshikova***
Anastasiya V. Menshikova (SBN 312392)
550 West C Street, Suite 1700
San Diego, CA 92101
Tel: 619.233.1006
Email: Anastasiya.Menshikova@lewisbrisbois.com

*Attorneys for Defendant CrossCountry Mortgage, LLC*

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Joint Request, all Parties having consented to proceed before United States Magistrate Judge Alex G. Tse for all purposes pursuant to 28 U.S.C. § 636(c) and Civil Local Rule 73-1(b), and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is REASSIGNED to United States Magistrate Judge Alex G. Tse for all further proceedings, including trial and entry of final judgment.

2. The January 14, 2027 hearing on the Joint Motion for Order Approving Settlement of FLSA Collective Action (ECF No. 137) is VACATED. The motion shall be heard or decided as directed by Magistrate Judge Tse.

IT IS SO ORDERED.

Dated: September 25, 2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge